**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORPORATION,<br><br>Defendant. | Civil Action No. 1:14-cv-522-UNA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>JURY TRIAL DEMANDED |

Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff Joao Control & Monitoring Systems, LLC hereby dismisses all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted June 23, 2014.

**STAMOULIS & WEINBLATT LLC**

*s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**
Steven W. Ritcheson, *Pro Hac Vice* anticipated
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
Email: swritcheson@hgdlawfirm.com

**HENINGER GARRISON DAVIS, LLC**
Maureen V. Abbey, *Pro Hac Vice* anticipated
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (205) 326-3332
Email: maureen@hgdlawfirm.com

**Attorneys for Plaintiff Joao Control & Monitoring Systems, LLC**